In re:

WENDY ANN SCARBOROUGH

    Debtor

Case No. 26-07506-BKM

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3

Date Rcvd: Jul 30, 2026      Form ID: 309A      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | WENDY ANN SCARBOROUGH, 2003 S 360TH AVENUE, TONOPAH, AZ 85354-8659 |
| 18251273 | + | Emergency Professional Services, 1175 Devin Dr. Ste. 356, Muskegon MI 49441-6079 |
| 18251272 | + | Emergency professional service pc, POB 390915, Minneapolis MN 55439-0911 |
| 18251286 | + | Pathology Specalist, POB 2960, Phoenix AZ 85062-2960 |
| 18251303 | | Wilber & Associates, P.C., PO Box 1022, Wixom MI 48393-1022 |
| 18251304 | + | Wilber Collections, 210 Landmark Drive, Normal IL 61761-2119 |
| 18251293 | + | smart start, 500 E Dalllas Road, Grapevine TX 76051-7658 |
| 18251299 | | velocity Investments, llc, 1800 NJ-34 #404a, Belmar NJ 07719 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: tom@cutlerltd.com | Jul 31 2026 00:26:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | + | EDI: QDMMAGUIRE7 | Jul 31 2026 03:55:00 | DAWN MARIE MAGUIRE, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Jul 31 2026 03:55:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18251262 | + | EDI: GMACFS.COM | Jul 31 2026 03:55:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington IL 55438-0901 |
| 18251263 | + | Email/Text: PBMBadDebt@bannerhealth.com | Jul 31 2026 00:26:00 | Banner Health, PO Box 52616, Phoenix AZ 85072-2616 |
| 18251264 | + | Email/Text: bankruptcynotices@canvas.org | Jul 31 2026 00:27:00 | Canvas Credit Union, Attn: Bankruptcy Dept, Po Box 5238, Englewood CO 80155-5238 |
| 18251265 | + | EDI: CAPITALONE.COM | Jul 31 2026 03:55:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18251266 | + | EDI: CAPITALONE.COM | Jul 31 2026 03:55:00 | Captial One, Attn: General Correspondence, PO Box 30285, Salt Lake City UT 84130-0285 |
| 18251267 | + | EDI: JPMORGANCHASE | Jul 31 2026 03:55:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18251268 | + | EDI: CITICORP | Jul 31 2026 03:55:00 | Citicorp/Trac, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis MO 63179-0046 |
| 18251269 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 00:25:38 | Credit One Bank, Attn: Bankruptcy Dept., PO Box 98873, Las Vegas NV 89193-8873 |
| 18251270 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2026 00:25:24 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, |

| | | | | |
|---|---|---|---|---|
| | | | | Old Bethpage NY 11804-9001 |
| 18251271 | + | EDI: DISCOVER | Jul 31 2026 03:55:00 | Discovercard, Po Box 30939, Salt Lake City UT 84130-0939 |
| 18251275 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Jul 31 2026 00:27:00 | envision, 20 Burton Hills Blvd, Suite 300, Nashville TN 37215 |
| 18251274 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Jul 31 2026 00:27:00 | envision, 645 E Missouri Ave, #300, Phoenix AZ 85014 |
| 18251276 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 31 2026 00:27:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati OH 45227-1115 |
| 18251277 | | Email/Text: bankruptcy@glsllc.com | Jul 31 2026 00:26:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville SC 29603 |
| 18251279 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 00:25:27 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville SC 29602-1269 |
| 18251280 | | Email/Text: camanagement@mtb.com | Jul 31 2026 00:27:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 18251284 | | Email/Text: ml-ebn@missionlane.com | Jul 31 2026 00:26:00 | Mission Lane, P.O. Box 71084, Charlotte NC 28272 |
| 18251285 | | Email/Text: ml-ebn@missionlane.com | Jul 31 2026 00:26:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta GA 30348 |
| 18251281 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2026 00:25:35 | Merrick Bank, PO Box 171379, Salt Lake City UT 84117-1379 |
| 18251282 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2026 00:25:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage NY 11804-9001 |
| 18251283 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 00:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 18251287 | | EDI: PRA.COM | Jul 31 2026 03:55:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 18251288 | ^ | MEBN | Jul 31 2026 00:14:50 | Radiology Partners, POBOX 208593, Dallas TX 75320-8593 |
| 18251289 | + | Email/Text: ngisupport@radiusgs.com | Jul 31 2026 00:26:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis MN 55439-0905 |
| 18251291 | ^ | MEBN | Jul 31 2026 00:15:07 | Revco Solutions, POB 163279, Columbus OH 43216-3279 |
| 18251292 | + | Email/Text: info@scacollections.com | Jul 31 2026 00:27:00 | Sca Collections Inc, Po Box 876, Greenville NC 27835-0876 |
| 18251294 | | EDI: SYNC | Jul 31 2026 03:55:00 | Synchrony Bank, PO Box 965033, Orlando FL 32896-5033 |
| 18251295 | | EDI: SYNC | Jul 31 2026 03:55:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando FL 32896-5024 |
| 18251296 | + | EDI: SYNC | Jul 31 2026 03:55:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 18251297 | + | EDI: WTRRNBANK.COM | Jul 31 2026 03:55:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 18251298 | ^ | MEBN | Jul 31 2026 00:15:34 | U.S. Department of the Treasury, Attn: Bankruptcy, 3201 Pennsy Dr, Bldg E, Landover MD 20785-1603 |
| 18251301 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 31 2026 00:27:00 | Wakefield & Associates Inc, PO Box 58, 830 E Platte Ave, Unit A, Fort Morgan CO 80701-3601 |
| 18251302 | + | Email/Text: bankruptcyreports@wakeassoc.com | | |

| | | | Jul 31 2026 00:27:00 | Wakefield and Associates, 10800 E Bethany Dr, Aurora CO 80014-2697 |
| 18251278 | + | Email/Text: ah_bankruptcy@meduitrcm.com | | |
| 18251290 | ^ | MEBN | Jul 31 2026 00:26:00 | hr acccount, POB 672, Moline IL 61266-0672 |
| | | | Jul 31 2026 00:15:40 | reprise financial, POB 660252, Dallas TX 75266-0252 |
| 18251300 | ^ | MEBN | Jul 31 2026 00:15:09 | velocity Investments, llc, POB 788, Belmar NJ 07719-0788 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

**Name** / **Email Address**

DAWN MARIE MAGUIRE
trusteemaguire@maguirelawaz.com  Dmaguire2@Ecf.axosfs.com

THOMAS ADAMS MCAVITY
on behalf of Debtor WENDY ANN SCARBOROUGH tom@cutlerltd.com  documents@phxfreshstart.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 3

<u>Information to identify the case:</u>

| | | |
|---|---|---|
| Debtor 1: | WENDY ANN SCARBOROUGH <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–7757 <br> EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of Arizona | | Date case filed for chapter:     7     7/29/26 |
| Case number:   2:26–bk–07506–BKM | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | WENDY ANN SCARBOROUGH | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2003 S 360TH AVENUE <br> TONOPAH, AZ 85354 | |
| 4. | **Debtor's attorney** <br> Name and address | THOMAS ADAMS MCAVITY <br> Phoenix Fresh Start Bankruptcy Attorneys <br> 4131 Main Street <br> Skokie, IL 60076–2780 | Contact phone 602–598–5075 <br> Email:  tom@cutlerltd.com |
| 5. | **Bankruptcy trustee** <br> Name and address | DAWN MARIE MAGUIRE <br> Chapter 7 Trustee <br> 10115 E. Bell Rd. <br> Ste. 107, #619 <br> Scottsdale, AZ 85260 | Contact phone 480–207–1987 <br> Email:  trusteemaguire@maguirelawaz.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 7/30/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 31, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 661 088 4237, and Passcode 9917587882, OR call 1–602–844–1176** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/30/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |